**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LOREN J MINNIS ) | Case No. 14-20161-drd13 |
| OLGA MINNIS ) | |
| ) | |
| Debtor(s). ) | |

**MOTION TO DISMISS CASE**

COMES NOW, Charles F. Johnson, Attorney for the Debtors and states to the Court as follows:

1. That Debtors filed for relief under Chapter 13, in the United States Bankruptcy Court for the Western District of Missouri on February 27, 2014. No Order of discharge has been entered, no complaint objection to debtors' discharge has been filed, and no complaint to determine dischargeability of any debt has been filed in this case.

2. It is the Debtors' inclination to dismiss their Chapter 13 Case.

WHEREFORE, Debtors pray that the order of relief resulting from the filing of the voluntary petition be set aside, that their voluntary petition for relief under Chapter 13 of the Code be dismissed without prejudice, and such other and further relief as is just.

/s/ Charles F. Johnson

_____

Charles F. Johnson, MBE #21948
ATTORNEY AT LAW
P.O. Box 1030
Osage Beach, MO 65065
(573) 348-0503

**CERTIFICATE OF SERVICE**: By signing above, the attorney certifies that on December 17, 2014, the above document was filed electronically in the United States Bankruptcy Court, Western District of Missouri, with the parties in interest to receive notice electronically.